IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIAGATION, ) ) ) ) ) ) | Master Docket No. M:05-CV-01699-CRB <br><br> MDL No.: 1600 <br><br> District Judge: Charles R. Breyer |
| THIS RELATES TO: ) <br><br> KIMBERLY CAMPBELL, ) TESTATRIX OF THE ESTATE ) OF ELIJAH CAMPBELL, Deceased. ) Plaintiff, ) ) V. ) ) PFIZER, INC., a Delaware corporation; ) Et. Al., ) MDL Case No.: 06-0355 CRB ) | <br><br> MDL CASE NO.: 06-0355 CRB <br><br> Plaintiff: Elijah Campbell, Deceased |

## STIPULATION AND ORDER
## OF DISMISSAL WITH PREJUDICE

Come now the Plaintiff, KIMBERLY CAMPBELL, TESTATRIX OF THE ESTATE OF ELIJAH CAMPBELL, Deceased, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: Oct 21, 2009   By: _____

KEITH T. BELT, JR. (BEL-026)
Attorneys for Plaintiff
BELT LAW FIRM, P.C.
2151 Highland Avenue, Suite 310
Birmingham, AL. 35205
Phone: (205) 933-1500
Fax: (205) 933-5500
E-Mail: keithb@beltlawfirm.com

DATED: Aug 18, 2009     By: _____

                                DLA PIPER LLP (US)
                                1251 Avenue of the Americas
                                New York, NY 10020
                                Telephone: (212) 335-4500
                                Facsimile: (212) 335-4501
                                *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES'
STIPULATION, IT IS SO ORDERED.**

Dated: **AUG 1 9 2009**     _____
                                Hon. Charles R. Breyer
                                United States District Court